## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard S. Kemonou, | Case No. 24-CV-4029 (JWB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Minnesota Department of Revenue, | |
| Defendant. | |

This matter is before the Court on Plaintiff, Mr. Richard Kemonou's July 8, 2026 Letter (Dkt. No. 162), in which he invites the Court to recuse itself from this case. He states that "the Court has repeatedly ruled against [him]" since a hearing in April when the Court expressed disapproval of concerning statements made by Mr. Kemonou in various depositions provided to the Court. (Kemonou Letter 1, Dkt. No. 162.) In that hearing, the Court identified three statements by Mr. Kemonou as anti-Semitic. The Court stated:

> What I saw when I read that transcript was very alarming, concerning, and upsetting as Mr. Kemonou wove a fantastic narrative about a conspiracy by, quote, "the Jews," unquote, to frame him and get him fired. This included … statements to Ms. Veit-Carter (former defense counsel) along the lines of "You look like a Jew, you talk like a Jew."

(April 7, 2026 Hr'g Tr. 22:22–23:6, Dkt. No. 148.)

> Mr. Kemonou … made the similar but less direct statement when he took the deposition of Ms. Lisa Perna, where he said, "I want to know whether you're part of the religious community that is seeking to get me fired." Mr. Kemonou started every deposition with a speech by him on the Jewish conspiracy against him, labeling members of the Department of Revenue as criminals.

(*Id*. at 23:8–15 (citing deposition transcripts reviewed in camera).)

> In response to a communication about the motions that are before the Court today, Mr. Kemonou responded in an e-mail, saying, "It seems Adolf Hitler was right about what he said about you people." I'm going to just say … What I read in that deposition, in those depositions, and what I read in that e-mail was straight-up anti-Semitic.

(*Id*. at 23:19–24:1 (citing Mar. 20, 2026 Veit-Carter Decl., Ex. D, Dkt. No. 126-1 at 137 and deposition transcripts reviewed in camera).) The Court imposed no sanctions for these remarks, nor did the Court take any actions that were unfavorable to Mr. Kemonou in response to these remarks.

The Court does not waver in its conclusion that these statements made by Mr. Kemonou have no place in the courtroom. While Mr. Kemonou is free to say what he wishes in public, the Court need not give him a platform to do so in this litigation. The Court would have chastised anyone for remarks made in litigation such as "Hitler was right about you people".

After reviewing Mr. Kemonou's Letter, the Court finds no basis in law or fact to recuse from this matter. The Court's decisions in this matter, as in all matters, have been made by applying the facts to the law. That Mr. Kemonou is dissatisfied with those decisions is not grounds for recusal, nor is the Court's admonition of Mr. Kemonou for his blatantly offensive remarks. The Court therefore declines Mr. Kemonou's request that the undersigned voluntarily recuse himself from further involvement in this case.

Date: July 8, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge